UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JORGE SANCHEZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>FRANCISCO JACQUEZ,<br><br>　　　　　　Respondent. | ) ED CV 09-00790-ABC (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

　　Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: 3/24/10

　　　　　　　　　　　　　　　　　　／s／ Audrey B. Collins
　　　　　　　　　　　　　　　　　　AUDREY B. COLLINS
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1